## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **SHANDRIKA JONES** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **6/2015** (month, year) to on or about **03/20** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| | | |
|---|---|---|
| Shandrika Jones | *signature* | 10/12/2021 |
| **Full Name** (Print clearly) | **Signature** | **Date** |

| | |
|---|---|
| 3329 Camelia St | Zachary Lousiiana 70791 |
| **Address** | **City/State/Zip** |

| | |
|---|---|
| (225) 505-7052 | mnmjones01@gmail.com |
| **Telephone Number** | **Email Address** |

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **BARRY FAIR** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **5/15/2018** (month, year) to on or about **08/2019** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

__Barry Fair_____                                                                              10/12/2021

**Full Name** (Print clearly)                    **Signature**                              **Date**

16300 West Nine Mile Road Apt 824_____Southfield Michigan 48075_____

**Address**                                        **City/State/Zip**

(313) 662-8027_____flexwaytransportation@outlook.com

**Telephone Number**                              **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

## CONSENT TO JOIN

My name is **NITCHI LYONS** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **07/13/2015** (month, year) to on or about **9/12/2021** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

### Please print or type the following information:

Nitchi Lyons                          Nitchi Lyons                          10/13/2021

**Full Name** (Print clearly)         **Signature**                         **Date**

301 S Hill Dr                         Waxahachie Texas 75165

**Address**                           **City/State/Zip**

(214) 584-7266                        lyonsnitchi@gmail.com

**Telephone Number**                  **Email Address**

### You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

## CONSENT TO JOIN CLAIM FORM

***Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.**

### CONSENT TO JOIN

My name is **DEONNA POWELL** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **08/01/2020** (month, year) to on or about **11/30/2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| | | |
|---|---|---|
| Deonna Powell | Deonna Powell | 10/13/2021 |
| **Full Name** (Print clearly) | **Signature** | **Date** |

| | |
|---|---|
| 4941 Magellan Ave | Dayton OH 45426 |
| **Address** | **City/State/Zip** |

| | |
|---|---|
| (937) 203-6933 | inspiredbylove2020@gmail.com |
| **Telephone Number** | **Email Address** |

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

## CONSENT TO JOIN CLAIM FORM

***Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC*** Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

## CONSENT TO JOIN

My name is **WILLIE BRITT** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **05/2018** (month, year) to on or about **11/2018** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| Willie Britt | Willie Britt | 10/13/2021 |
|---|---|---|
| **Full Name** (Print clearly) | **Signature** | **Date** |

| 353 Camak Rd | Warrenton Georgia 30828 |
|---|---|
| **Address** | **City/State/Zip** |

| (706) 832-8484 | thnewpeachcity@gmail.com |
|---|---|
| **Telephone Number** | **Email Address** |

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 793
Case 4:20-cv-00578-RK   Document 105-1   Filed 10/19/21   Page 5 of 21

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **SADIQUE JONES** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **6/2015** (month, year) to on or about **03/20** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| | | |
|---|---|---|
| Sadique Jones | *[signature]* | 10/12/2021 |
| **Full Name** (Print clearly) | **Signature** | **Date** |

| | |
|---|---|
| 3329 Camelia St | Zachary Lousiiana 70791 |
| **Address** | **City/State/Zip** |

| | |
|---|---|
| (225) 505-7027 | sadique_jone@yahoo.com |
| **Telephone Number** | **Email Address** |

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

### CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **CHATERRELL IVEY** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **05/2018** (month, year) to on or about **11/2018** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

### Please print or type the following information:

| | | |
|---|---|---|
| Chaterrell Cathina Ivey | Chaterrell Cathina Ivey | 10/13/2021 |
| **Full Name** (Print clearly) | **Signature** | **Date** |

| | |
|---|---|
| 353 Camak Rd | Warrenton Georgia 30828 |
| **Address** | **City/State/Zip** |

| | |
|---|---|
| (706) 914-9386 | thenewpeachcity@gmail.com |
| **Telephone Number** | **Email Address** |

### You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: [transportationproviderlawsuit.com](transportationproviderlawsuit.com) on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

## CONSENT TO JOIN

My name is **CIARA LINDON** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **3/2016** (month, year) to on or about **03/2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

_Ciara Lindon_____ _Ciara Lindon_ (signature) _____ 10/12/2021_____

**Full Name** (Print clearly)      **Signature**      **Date**

3329 Camelia St_____ Zachary Lousiiana 70791_____

**Address**      **City/State/Zip**

(225) 301-5997_____ ciara.arielle19@gmail.com_____

**Telephone Number**      **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

«Barcode»
«BarcodeString»

SIMID 1305

**YOU MUST COMPLETE AND RETURN THIS DOCUMENT OR SUBMIT IT ONLINE IF YOU WISH TO JOIN THE LAWSUIT**

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **SHIRLEY BURRELL** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **6/2015** (month, year) to on or about **03/2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| | | |
|---|---|---|
| Shirley Burrell | | 10/12/2021 |
| **Full Name** (Print clearly) | **Signature** | **Date** |
| | | |
| 3329 Camelia St | Zachary Lousiiana 70791 | |
| **Address** | **City/State/Zip** | |
| | | |
| (225) 505-7027 | mnmjones01@gmail.com | |
| **Telephone Number** | **Email Address** | |

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

## CONSENT TO JOIN

My name is **PATRICIA ROUSE** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **06/16/2016** (month, year) to on or about **12/2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

### Please print or type the following information:

PatriciaRouse                                                                                                   10/15/2021

**Full Name** (Print clearly)                    **Signature**                              **Date**

2634 Whirlway Ave                                          Florence South Carolina 29505

**Address**                                              **City/State/Zip**

(843) 453-8165                                          perfectlovetransport@gmail.com

**Telephone Number**                              **Email Address**

### You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: [transportationproviderlawsuit.com](transportationproviderlawsuit.com) on or before January 3, 2022.**

«Barcode»
«BarcodeString»

## CONSENT TO JOIN CLAIM FORM

***Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC*** Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

## CONSENT TO JOIN

My name is **MARLA PRATT** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **11/2012** (month, year) to on or about **08/2019** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

### Please print or type the following information:

| | | |
|---|---|---|
| Marla Pratt | Marla Pratt | 10/16/2021 |
| **Full Name** (Print clearly) | **Signature** | **Date** |

| | |
|---|---|
| 7007 E Gold Dust Ave Apt 2049 | Paradise Valley Arizona 85253 |
| **Address** | **City/State/Zip** |

| | |
|---|---|
| (313) 693-6443 | limelifeentllc@yahoo.com |
| **Telephone Number** | **Email Address** |

### You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

«Barcode»
«BarcodeString»

SIMID 1966

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* **Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.**

### CONSENT TO JOIN

My name is *Reginald Wingfield* (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about *January, 2015* (month, year) to on or about *June, 2020* (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

*Reginald Wingfield*                *R. Wingfield*                *10-6-21*
**Full Name** (Print clearly)          **Signature**                **Date**

*283 Rhodes Dr.*                *Athens/GA/30677*
**Address**                      **City/State/Zip**

*706-410-3640*                *MistaWingfield@gmail.com*
**Telephone Number**              **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

*1504649*
*1*


AA397967BB132858CC15079684DD25039010

SIMID 696

YOU MUST COMPLETE AND RETURN THIS DOCUMENT OR SUBMIT IT ONLINE IF YOU WISH TO JOIN THE LAWSUIT

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is _LaDonna Veira_ (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about _July, 2016_ (month, year) to on or about _January, 2019_ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

_LaDonna Veira_

**Full Name** (Print clearly)          **Signature**          **Date**

_1801 Manhattan Blvd J345 Harvey, LA 70058_

**Address**          **City/State/Zip**

_504 919 3990_          _Positive deeds transportation@gmail.com_

**Telephone Number**          **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

_1504737_


AA397967BB132858CC15079589DD25040886

SIMID 1816

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

## CONSENT TO JOIN

My name is **Tyler Verhoeven** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **9-1-20** (month, year) to on or about **5-14-21** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

**Tyler Bruce Verhoeven**                    _~signature~_                    **10-7-21**

Full Name (Print clearly)                    Signature                    Date

**14497 S Oklahoma Blvd          Glenpool     OK     74033**

Address                                      City/State/Zip

**775-741-1852                  SequoiaCareMobility @ gmail.com**

Telephone Number                             Email Address

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

1504750
3

AA397967BB132858CC15079591DD25038917

SIMID 975

## CONSENT TO JOIN CLAIM FORM

***Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC*** Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **TERESA K. WARBLE- SWIHART** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **JUNE 1, 2018** (month, year) to on or about **MOVING FORWARD** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

**TERESA K. WARBLE - SWIHART**      *Teresa K. Swihart*      10-5-21

Full Name (Print clearly)          Signature                      Date

**1110 GARFIELD ST**               **McMECHEN WV 26040**

Address                            City/State/Zip

**304-830-2468**                   **hometown4864@gmail.com**

Telephone Number                   Email Address

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: <u>transportationproviderlawsuit.com</u> on or before January 3, 2022.**

1512533
14

AA397967BB132858CC15079615DD25038941

SIMID 405

Case 4:20-cv-00578-RK   Document 105-1   Filed 10/19/21   Page 15 of 21

YOU MUST COMPLETE AND RETURN THIS DOCUMENT OR SUBMIT IT ONLINE IF YOU WISH TO JOIN THE LAWSUIT

## CONSENT TO JOIN CLAIM FORM

*Mohammad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC.* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is <u>JohNNY WAlkeR</u> (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about <u>MAY 2018</u> (month, year) to on or about <u>OCT 2019</u> (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

<u>JohwNy WAlkeR</u>     <u>Jimmy Willim J.</u>     <u>10-18-21</u>
Full Name (Print clearly)            Signature            Date

<u>1632 keNt StReet    DAllAS TeXAS 75203</u>
Address                      City/State/Zip

<u>(414) 305-0334   J.W. TRANSPORTATiON @ GMAiL.coM</u>
Telephone Number            Email Address

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: <u>transportationproviderlawsuit.com</u> on or before January 3, 2022.

1520203
15

Case 4:20-cv-00578-RK   Document 105-1   Filed 10/19/21   Page 16 of 21

SiMID 137

## CONSENT TO JOIN CLAIM FORM

*Mohammad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is *NANCY WALKER* (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about *JUNE 2019* (month, year) to on or about *JULY 2019* (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| | | |
|---|---|---|
| *NANCY WALKER* | *Nancy E. Walker* | *10-18-21* |
| Full Name (Print clearly) | Signature | Date |
| *1632 Kent St* | *Dallas Texas 75203* | |
| Address | City/State/Zip | |
| *(414) 305-0324* | *J.W. TRANSPORTATION @ GMAIL.COM* | |
| Telephone Number | Email Address | |

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is ___Jeff Jaklitsch___ (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about ___6-1-2020___ (month, year) to on or about ___Current___ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

| | | |
|---|---|---|
| Jeff Jaklitsch | | 10-13-2021 |
| **Full Name (Print clearly)** | **Signature** | **Date** |
| 50 Baker blvd sk 6A | Fairlawn Ohio 44333 | |
| **Address** | **City/State/Zip** | |
| 330 869 6344 | Jeff @ accesable.com | |
| **Telephone Number** | **Email Address** | |

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

1520256
17

AA399079BB132342CC15079429DD25038755

SIMID 1555

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* **Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.**

### CONSENT TO JOIN

My name is *Rose Hitchen* (print name), I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about *Nov. 2019* (month, year) to on or about *Nov. 2015* (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

*Rose Etta Hitchen*     *Rose Etta Hitchen*     10-15-2021

Full Name (Print clearly)          Signature                    Date

*170 Pearl & Martha Road   Greensburg LA 70441*

Address                              City/State/Zip

*225 380 6084*            *rose.hitchen@Yahoo.com*

Telephone Number                  Email Address

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

1535407
21

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is ___Mike S Safi___ (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about __10__ - ~~2018 to 2019~~ (month, year) to on or about __2019__ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| | | |
|---|---|---|
| mike S safi | (signature) | 10/8/2021 |
| **Full Name** (Print clearly) | **Signature** | **Date** |

1565 Coulston St 7 San bernardino Cn 92408

| **Address** | **City/State/Zip** |
|---|---|

951 489-7293     Bmikesafi@aol.com

| **Telephone Number** | **Email Address** |
|---|---|

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: <u>transportationproviderlawsuit.com</u> on or before January 3, 2022.**

1536664
22



YOU MUST COMPLETE AND RETURN THIS DOCUMENT OR SUBMIT IT ONLINE IF YOU WISH TO JOIN THE LAWSUIT

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* **Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.**

### CONSENT TO JOIN

My name is _Abdelkraim Abdath_ (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about _10-17_ (month, year) to on or about _4-2019_ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

_Abdelkraim abdallah_                                      _10 / 8 / 2021_

**Full Name** (Print clearly)                    **Signature**                     **Date**

_1565 Coulston St 7_          _San bernardino  Ca 92405_

**Address**                                          **City/State/Zip**

_951 489-7293_          _Bmikesafi@aol.com_

**Telephone Number**                                **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: <u>transportationproviderlawsuit.com</u> on or before January 3, 2022.**

_1536668_



AA399079BB132342CC15079752DD25039078                                    SIMID 616