## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Rita Claiborne** (print name) was an In-Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **3/2017** (month, year) to on or about **5/2021** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

**Rita Claiborne** / *Rita Claiborne* / 10/12/2021

**Full Name** (Print clearly) | **Signature** | **Date**

1523 S. Gonzales Trace / Gonzales La 70737

**Address** | **City/State/Zip**

225-227-0973 / ritashen08@yahoo.com

**Telephone Number** | **Email Address**

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

Page 1 of 1
CONSENT TO JOIN

1539111

SIMID 1171

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Demetrius Rouse** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **June, 2016** (month, year) to on or about **March, 2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

**Demetrius L. Rouse** / *[signature]* / **10/15/2021**
Full Name (Print clearly) / Signature / Date

**2634 Whirlaway Ave** / **Florence, SC 29505**
Address / City/State/Zip

**perfectlovetransport@gmail.com** / **843-618-2503**
Telephone Number / Email Address

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

Page 1 of 1
CONSENT TO JOIN

1539124
25

SIMID 2020

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Brenda McCarroll** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **June, 2020** (month, year) to on or about **June, 2021** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

**Full Name (Print clearly):** Brenda McCarroll
**Signature:** Brenda McCarroll
**Date:** 10/12/21

**Address:** 11324 Clarebird Ave
**City/State/Zip:** Cleveland Ohio 44105

**Telephone Number:** 216 702 3323
**Email Address:** 56bmccarroll@gmail.com

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

1539135

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Javonne Young** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **8/18/2019** (month, year) to on or about **Current** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural *purposes*. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

**Full Name (Print clearly):** Javonne Young
**Signature:** [signed]
**Date:** 10/13/2021

**Address:** 2912 N. State Rd 7
**City/State/Zip:** Margate FL 33063

**Telephone Number:** 954-692-4539
**Email Address:** seniorsocialclub2912@gmail.com

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is __Mark Karnovskiy__ (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about __08/22/2017__ (month, year) to on or about __06/29/2021__ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| Mark Karnovskiy | Mark Karnovskiy | 10/14/2021 |
|---|---|---|
| Full Name (Print clearly) | Signature | Date |

| 2421 Bath Ave | Brooklyn NY | 11214 |
|---|---|---|
| Address | City/State/Zip | |

| 718-646-1611 | ascona_us@yahoo.com |
|---|---|
| Telephone Number | Email Address |

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

1545797
29



## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Darren Barno** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **June 2014** (month, year) to on or about **March 2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| Darren Barno | *[signature]* | 10-12-2021 |
|---|---|---|
| Full Name (Print clearly) | Signature | Date |

| 470 Robins St. | Roselle, NJ 07203 |
|---|---|
| Address | City/State/Zip |

| 908-397-5720 | dbarno2001@aol.com |
|---|---|
| Telephone Number | Email Address |

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

1545809
30

**YOU MUST COMPLETE AND RETURN THIS DOCUMENT OR SUBMIT IT ONLINE IF YOU WISH TO JOIN THE LAWSUIT**

### CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is __Elvin Birch__ (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about __10/18__ (month, year) to on or about __12/20__ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

__Elvin Birch__  __[signature]__  __10-12-21__
**Full Name (Print clearly)**   **Signature**   **Date**

__3094 Treyson Dr.__   __Denver, NC 28037__
**Address**   **City/State/Zip**

__516 545-9713__   __elvinbbirch@gmail.com__
**Telephone Number**   **Email Address**

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

1545815
31


| | |
|---|---|
| YOU MUST COMPLETE AND RETURN THIS DOCUMENT OR SUBMIT IT ONLINE IF YOU WISH TO JOIN THE LAWSUIT | |

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is LaShawn Buchanan (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 1-2016 (month, year) to on or about 8-2018 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

| LaShawn Buchanan | LaShawn Buchanan | 10-12-21 |
|---|---|---|
| **Full Name (Print clearly)** | **Signature** | **Date** |

| 2805 S. Prieur St | N.O. La 70125 |
|---|---|
| **Address** | **City/State/Zip** |

| 504-515-8777 | buchananlashawn1@gmail.com |
|---|---|
| **Telephone Number** | **Email Address** |

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

1545848
32



YOU MUST COMPLETE AND RETURN THIS DOCUMENT OR SUBMIT IT ONLINE IF YOU WISH TO JOIN THE LAWSUIT

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **VICTOR NJIE** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **February 2017** (month, year) to on or about **November 2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| Full Name (Print clearly) | Signature | Date |
|---|---|---|
| VICTOR MBANDA NJIE | | 10/19/21 |

| Address | City/State/Zip |
|---|---|
| 910 S Caswell Ave | Compton / CA / 90220 |

| Telephone Number | Email Address |
|---|---|
| 424-223-2514 | njie.victor@yahoo.com |

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

### CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is __Timothy Morris__ (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about __MAY 2016__ (month, year) to on or about _____ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

__Timothy Morris__ | __[signature]__ | __14OCT21__
**Full Name** (Print clearly) | **Signature** | **Date**

__PO Box 56424__ | __N.O., LA 70156__
**Address** | **City/State/Zip**

__504 417 1116__ | __TRANSPORTATIONBY4T@YAHOO.COM__
**Telephone Number** | **Email Address**

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

1559930
36


AA399079BB132342CC15080604DD25039930

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Russell Snow** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **01/2019** (month, year) to on or about **10/2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| Russell Snow | [signature] | 10/14/2021 |
|---|---|---|
| **Full Name** (Print clearly) | **Signature** | **Date** |

| 1210 Ensenada Dr | Florissant MO 63031 |
|---|---|
| **Address** | **City/State/Zip** |

| 314.779.9905 | ALLYEARTRANSIT@YAHOO.COM |
|---|---|
| **Telephone Number** | **Email Address** |

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is __Johann Jauregui__ (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about __9 yrs__ (month, year) to on or about _____ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

Full Name (Print clearly): Johann Jauregui
Signature: /s/ Jauregui
Date: 10/7/21

Address: 309 Stepney St #1
City/State/Zip: Inglewood CA 90302

Telephone Number: (760) 991-7203
Email Address: johann.jauregui@gmail.com

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

1559987
38

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Lovetta Jones** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **January 2018** (month, year) to on or about **August 2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| Full Name (Print clearly) | Signature | Date |
|---|---|---|
| Lovetta Jones | *Lovetta Jones* | 10-18-21 |

| Address | City/State/Zip |
|---|---|
| 127 Smith Ave Suite D | Thomasville, GA 31792 |

| Telephone Number | Email Address |
|---|---|
| 229-379-2404 | hawkone1@yahoo.com |

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

1559999
39

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **VCOC Transport/David Veal, Sr.** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **2/2014** (month, year) to on or about **5/21/18** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

**Full Name (Print clearly):** VCOC Transport/David Veal, Sr.
**Signature:** [signed]
**Date:** 10/15/21

**Address:** P.O. Box 4572
**City/State/Zip:** Pineville, LA. 71361

**Telephone Number:** 318-229-9596
**Email Address:** vthc@bellsouth.net

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **AREGAY WERABO** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **09/10/2014** (month, year) to on or about **03/18/2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

**AREGAY WERABO** / *[signature]* / 10/16/21

Full Name (Print clearly) / Signature / Date

**12458 Cricket St.** / **Victorville, CA, 92392**

Address / City/State/Zip

**760-881-7970** / **weraboaa@gmail.com**

Telephone Number / Email Address

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

15 67536
41



## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Valerie Wallace** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **October 2015** (month, year) to on or about **January 2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Valerie M. Wallace | Valerie M. Wallace | 10/15/2021
**Full Name** (Print clearly) | **Signature** | **Date**

13401 Old McColl Rd. | Gibson NC 28343
**Address** | **City/State/Zip**

(910) 318-4538 | totalcaretransportation13401@yahoo.com
**Telephone Number** | **Email Address**

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

15 67562
42



## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Damien Williams** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **10/18** (month, year) to on or about **03/20** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

**Damien D. Williams** | Signature | **10/13/21**
Full Name (Print clearly) | Signature | Date

**1706 Washington Ave #418** | **St. Louis, MO 63103**
Address | City/State/Zip

**601-624-8256** | **damienwilliams1979@yahoo.com**
Telephone Number | Email Address

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

15 67571
43

