**CONSENT TO JOIN CLAIM FORM**

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* **Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.**

**CONSENT TO JOIN**

My name is Maurice Latham (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 10/2018 (month, year) to on or about 01/2020 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Maurice latham _____ 10/24/2021

**Full Name** (Print clearly)   **Signature**   **Date**

928 SUMMERSIDE CT, VIRGINIA, 23456-6373 _____

**Address**   **City/State/Zip**

(757) 927-2325   Mlatham21@gmail.com

**Telephone Number**   **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

**CONSENT TO JOIN CLAIM FORM**

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

**CONSENT TO JOIN**

My name is Chiquita Seymore (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 8/2009 (month, year) to on or about 9/2020 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

CHIQUITA SEYMORE _____ *[signature: Chiquita Seymore]* _____ 10/21/2021_____

**Full Name** (Print clearly)          **Signature**          **Date**

3654 MARIBEL DR BATON ROUGE LOUISIANA 70812-4405_____

**Address**          **City/State/Zip**

(225) 921-8080_____ cdseym@yahoo.com_____

**Telephone Number**          **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to:** **transportationproviderlawsuit.com** **on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 457

Case 4:20-cv-00578-RK   Document 107-1   Filed 10/28/21   Page 2 of 9

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is Dennis Blackmon (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 07/06/2017 (month, year) to on or about 08/20/2019 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Dennis Blackmon _____ _____ 10/25/2021 ____

**Full Name** (Print clearly)　　　　　　　　　**Signature**　　　　　　　　　**Date**

1326 SPRINGHURST DR, FLORISSANT, MISSOURI 63031-2433 _____

**Address**　　　　　　　　　　　　　　　**City/State/Zip**

(314) 302-2499 _____ d.m.enterprizes17@gmail.com _____

**Telephone Number**　　　　　　　　　　　**Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: **transportationproviderlawsuit.com** on or before January 3, 2022.

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 719
Case 4:20-cv-00578-RK   Document 107-1   Filed 10/28/21   Page 3 of 9

**CONSENT TO JOIN CLAIM FORM**

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* **Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.**

**CONSENT TO JOIN**

My name is Willie E Davis (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about March 2013 (month, year) to on or about May 2019 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Willie E Davis _____ /s/ Willie E Davis _____ 10/21/2021

**Full Name** (Print clearly)      **Signature**      **Date**

143 ED SMITH RD MULLINS SOUTH CAROLINA 29574-7417

**Address**      **City/State/Zip**

(843) 615-7350      avistransportllc@yahoo.com

**Telephone Number**      **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: **transportationproviderlawsuit.com** on or before January 3, 2022.

Page **1** of **1**
CONSENT TO JOIN

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* **Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.**

## CONSENT TO JOIN

My name is Zohair Mohammed (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about August 2018 (month, year) to on or about June 2020 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

ZOHAIR A MOHAMMED _____ 10/20/2021_____

**Full Name** (Print clearly)                **Signature**                **Date**

801 VALLEY OAK DR GREENSBORO NORTH CAROLINA 27406-8225_____

**Address**                                **City/State/Zip**

(336) 825-4688_____ zohairabdelatif@yahoo.com_____

**Telephone Number**                        **Email Address**

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: **transportationproviderlawsuit.com** on or before January 3, 2022.

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 1498
Case 4:20-cv-00578-RK   Document 107-1   Filed 10/28/21   Page 5 of 9

**CONSENT TO JOIN CLAIM FORM**

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* **Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.**

**CONSENT TO JOIN**

My name is Angela Bess (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 01/01/2019 (month, year) to on or about 03/15/2020 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Angela Bess _____ _[signature]_____ 10/28/2021_____

**Full Name** (Print clearly)            **Signature**            **Date**

14014 RAMPART CT. BATON ROUGE, LOUISIANA 70810-8100_____

**Address**            **City/State/Zip**

(225) 439-4966_____ aftransportllp@gmail.com_____

**Telephone Number**            **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: [transportationproviderlawsuit.com](http://transportationproviderlawsuit.com) on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 1744

Case 4:20-cv-00578-RK   Document 107-1   Filed 10/28/21   Page 6 of 9

**YOU MUST COMPLETE AND RETURN THIS DOCUMENT OR SUBMIT IT ONLINE IF YOU WISH TO JOIN THE LAWSUIT**

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Deborah L. Thomas** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **7/1/17** (month, year) to on or about **3/20/21** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

**Full Name (Print clearly):** Deborah L. Thomas
**Signature:** Deborah L. Thomas
**Date:** 10/18/21

**Address:** 143 Grayton Dr
**City/State/Zip:** Smyrna, DE 19977

**Telephone Number:** (302) 494-0960
**Email Address:** Thomas9260@AOL.com

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

1577902
47



## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Linda Waters** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **6/20 to 3/22 (LW)** (month, year) to on or about **3/22** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

**Linda Waters** | *[signature]* | **10-22-21**
Full Name (Print clearly) | Signature | Date

**6947 Dayton Rd** | **Jacksonville Fl 32210**
Address | City/State/Zip

**904-380-1434** | **Lindawaters919@gmail.com**
Telephone Number | Email Address

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

1578553
48



AA399079BB132342CC15079627DD25038953

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Thomas Grant** (print name), I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **November 2020** (month, year) to on or about **March 2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Thomas P Grant II | [signature] | Oct 17, 2021
**Full Name** (Print clearly) | **Signature** | **Date**

1099 Princeton Park Dr | Lithonia, Ga 30058-3070
**Address** | **City/State/Zip**

tgrant10999@gmail.com
**Telephone Number** | **Email Address**

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

1579531
50

