YOU MUST COMPLETE AND RETURN THIS DOCUMENT OR SUBMIT IT ONLINE IF YOU WISH TO JOIN THE LAWSUIT

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Kimberly Gilliam** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **8/2020** (month, year) to on or about **10/2021** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

**Kimberly Gilliam** | *[signature]* | 12/9/21
---|---|---
Full Name (Print clearly) | Signature | Date

**305 Chanda Cove  Mcdonough GA 30253**

Address | City/State/Zip

**7576095208**

Telephone Number | Email Address | —

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: <u>transportationproviderlawsuit.com</u> on or before January 3, 2022.

Page 1 of 1
CONSENT TO JOIN

1699 282
108

AA397967BB132858CC15080842DD25040168

SIMID 53

Case 4:20-cv-00578-RK   Document 128-1   Filed 12/15/21   Page 1 of 3

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Abay Kennedy** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **02/2014** (month, year) to on or about **5/2018** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| Abay Kennedy | *abay Kennedy* (signature) | 12/08/2021 |
|---|---|---|
| Full Name (Print clearly) | Signature | Date |

| 1343 S State ST Ste 228 SLC, UT 84115 | |
|---|---|
| Address | City/State/Zip |

| 385-228-4525 | |
|---|---|
| Telephone Number | Email Address |

You must submit this form no later than **January 3, 2022**, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: **transportationproviderlawsuit.com** on or before January 3, 2022.

Page 1 of 1
CONSENT TO JOIN

1699 285
109

AA397967BB132858CC15079526DD25038852
SIMID 502

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **Brandi Triche** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **Sept. 2020** (month, year) to on or about **Dec. 2021** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Brandi Elise Triche     [signature]     12/3/2021

**Full Name** (Print clearly)     **Signature**     **Date**

2936 Keith Way Dr.     Harvey, LA 70058

**Address**     **City/State/Zip**

504-246-4521 or 504-256-8387     evangelinesangel169@gmail.com

**Telephone Number**     **Email Address**

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

1699287
110

Page **1** of **1**
CONSENT TO JOIN


AA397967BB132858CC15079542DD25038868

SIMID 1267