## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

## CONSENT TO JOIN

My name is Keith V Griffin (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 08/1/2018 (month, year) to on or about 3/31/2019 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Keith V Griffin _____ /s/ Keith V Griffin _____ 12/30/2021

**Full Name** (Print clearly)     **Signature**     **Date**

301 Evergreen Dr. Newark, Delaware 19702 _____

**Address**     **City/State/Zip**

(302) 737-7570 _____ griffinvan1006@gmail.com _____

**Telephone Number**     **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: **transportationproviderlawsuit.com** on or before January 3, 2022.

Page **1** of **1**
CONSENT TO JOIN

**CONSENT TO JOIN CLAIM FORM**

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

**CONSENT TO JOIN**

My name is Brenda Gravely (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 10/2018 (month, year) to on or about 04/2020 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Brenda Gravely | Brenda Gravely | 1/3/2022

**Full Name** (Print clearly) | **Signature** | **Date**

205 College Ave. Princeton, West Virginia 24740

**Address** | **City/State/Zip**

(304) 922-2192 | mandbtranspo@gmail.com

**Telephone Number** | **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: [transportationproviderlawsuit.com](http://transportationproviderlawsuit.com) on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 486

Case 4:20-cv-00578-RK   Document 139-1   Filed 01/04/22   Page 2 of 14

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is Vladimir Trinchet (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 06/10/2020 (month, year) to on or about 12/09/2021 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Vladimir Trinchet                                                                                           1/3/2022

**Full Name** (Print clearly)          **Signature**                **Date**

217 SW 13th Ter. Cape Coral, Florida 33991

**Address**                             **City/State/Zip**

(239) 541-8383                          DGGFLORIDASVCSINC@GMAIL.COM

**Telephone Number**                    **Email Address**

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: **transportationproviderlawsuit.com** on or before January 3, 2022.

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 654

Case 4:20-cv-00578-RK   Document 139-1   Filed 01/04/22   Page 3 of 14

**CONSENT TO JOIN CLAIM FORM**

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

**CONSENT TO JOIN**

My name is Michael Helhem Khodr (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 05/01/2019 (month, year) to on or about 0/0/0 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| Michael Melhem Khodr | Michael Melhem Khodr | 1/3/2022 |
|---|---|---|
| **Full Name** (Print clearly) | **Signature** | **Date** |

| 7322 Three Chopt Rd Richmond, Virginia 23226 | |
|---|---|
| **Address** | **City/State/Zip** |

| (804) 895-0100 | friendlytransport2019@gmail.com |
|---|---|
| **Telephone Number** | **Email Address** |

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: [transportationproviderlawsuit.com](http://transportationproviderlawsuit.com) on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 664

Case 4:20-cv-00578-RK   Document 139-1   Filed 01/04/22   Page 4 of 14

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

## CONSENT TO JOIN

My name is Nathan Jones (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 12-15-15 (month, year) to on or about 12-15-19 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Nathan Jones _____ 1/3/2022_____

**Full Name** (Print clearly)  **Signature**  **Date**

936 E Gregory Blvd, Kansas City, Missouri 64131_____

**Address**  **City/State/Zip**

(816) 359-8759_____  semt911@gmail.com_____

**Telephone Number**  **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: **transportationproviderlawsuit.com** on or before January 3, 2022.

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 1170
Case 4:20-cv-00578-RK   Document 139-1   Filed 01/04/22   Page 5 of 14

**CONSENT TO JOIN CLAIM FORM**

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* **Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.**

**CONSENT TO JOIN**

My name is Jhonn Ramirez (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 09/2007 (month, year) to on or about 04/2020 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Jhonn Ramirez _____ _____ 1/3/2022_____

**Full Name** (Print clearly)         **Signature**         **Date**

34 Glen Eagles Rd. Washington, New Jersey 07882_____

**Address**         **City/State/Zip**

(973) 580-2145_____ Jhonndraco@hotmail.com_____

**Telephone Number**         **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 1431
Case 4:20-cv-00578-RK   Document 139-1   Filed 01/04/22   Page 6 of 14

YOU MUST COMPLETE AND RETURN THIS DOCUMENT OR SUBMIT IT ONLINE IF YOU WISH TO JOIN THE LAWSUIT

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

## CONSENT TO JOIN

My name is **DURVIJAI PERSAUD** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **2016** (month, year) to on or about **2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

| DURVIJAI PERSAUD | *Durvijai Persaud* | 1/3/2021 |
|---|---|---|
| **Full Name** (Print clearly) | **Signature** | **Date** |

50 OVERLOOK CIRCLE NEW ROCHELLE NY 10804

**Address** — **City/State/Zip**

914-704-0024

DPERSAUD88@YAHOO.COM

**Telephone Number** — **Email Address**

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: **transportationproviderlawsuit.com** on or before January 3, 2022.

Page **1** of **1**
CONSENT TO JOIN


AA397967BB132858CC15080378DD25039704

SIMID 1486

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

## CONSENT TO JOIN

My name is Thelma Jackson (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 01/2020 (month, year) to on or about 04/2020 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Thelma Jackson            Thelma Jackson            1/3/2022

**Full Name** (Print clearly)      **Signature**           **Date**

2005 Kingsgate Dr. Saint Louis, Missouri 63138

**Address**                **City/State/Zip**

(314) 660-3833            thelmahustonjackson@gmail.com

**Telephone Number**          **Email Address**

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: **transportationproviderlawsuit.com** on or before January 3, 2022.

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 1529

Case 4:20-cv-00578-RK   Document 139-1   Filed 01/04/22   Page 8 of 14

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

## CONSENT TO JOIN

My name is Sterland Jackson (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 01/2020 (month, year) to on or about 04/2020 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Sterland Jackson                    Sterland Jackson                    1/3/2022

**Full Name** (Print clearly)        **Signature**                       **Date**

2005 Kingsgate Dr.                   Saint Louis, Missouri 63138

**Address**                          **City/State/Zip**

(314) 372-5728                       ssj723@gmail.com

**Telephone Number**                 **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: [transportationproviderlawsuit.com](http://transportationproviderlawsuit.com) on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 1634

Case 4:20-cv-00578-RK   Document 139-1   Filed 01/04/22   Page 9 of 14

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is Melani Weatherspoon (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about July 2007 (month, year) to on or about November 2018 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Melani Weatherspoon　　　　　　　　　　　　　_/s/ Melani Weatherspoon_　　　　　　　　　　　1/3/2022

**Full Name** (Print clearly)　　　　　　　　　**Signature**　　　　　　　　　　　　　　**Date**

1362 N. Highway 9 Parkville, Missouri 64152_____

**Address**　　　　　　　　　　　　　　　　**City/State/Zip**

(816) 446-2986_____SMILINGFACES@GMAIL.COM_____

**Telephone Number**　　　　　　　　　　　**Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: [transportationproviderlawsuit.com](http://transportationproviderlawsuit.com) on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 1773
Case 4:20-cv-00578-RK   Document 139-1   Filed 01/04/22   Page 10 of 14

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is Victor Macy (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about 12-1-2017 (month, year) to on or about 07-31-2019 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

**Please print or type the following information:**

Victor Macy _____ [signature] _____ 1/3/2022

**Full Name** (Print clearly)      **Signature**      **Date**

5900 Winding Way Auburn, California 95602 _____

**Address**      **City/State/Zip**

(530) 613-5400 _____ vwmacy@yahoo.com _____

**Telephone Number**      **Email Address**

**You must submit this form no later than January 3, 2022, to:**

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

**Or, you may submit this form online by going to: [transportationproviderlawsuit.com](http://transportationproviderlawsuit.com) on or before January 3, 2022.**

Page **1** of **1**
CONSENT TO JOIN

«Barcode»
«BarcodeString»

SIMID 2063
Case 4:20-cv-00578-RK   Document 139-1   Filed 01/04/22   Page 11 of 14

| YOU MUST COMPLETE AND RETURN THIS DOCUMENT OR SUBMIT IT ONLINE IF YOU WISH TO JOIN THE LAWSUIT |
|---|

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is __Iris A. Burgos__ (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about __Dic, 2015__ (month, year) to on or about __Dic, 2021__ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

__Iris A. Burgos__ / __Iris A. Burgos__ (signature) / __12/27/21__
Full Name (Print clearly) / Signature / Date

__7653 Framingham Ct__ / __Gainesville, VA 20155__
Address / City/State/Zip

__(571) 208-6042__ / __isg_transport@yahoo.com__
Telephone Number / Email Address

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

Page 1 of 1
CONSENT TO JOIN
Case 4:20-cv-00578-RK   Document 139-1   Filed 01/04/22   Page 12 of 14
SIMID 1075

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is __Hassan Mohamednour__ (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about __4/20__ (month, year) to on or about __2/21__ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

"55 TRANSPORTATION"
Hassan Mohamednour | [signature] | 12/29/21

**Full Name (Print clearly)** | **Signature** | **Date**

628 Oxford St | Akron, Ohio 44310

**Address** | **City/State/Zip**

708-314-8620
(330) 805-0349 | HassanHSH@gmail.com

**Telephone Number** | **Email Address**

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.

## CONSENT TO JOIN CLAIM FORM

*Mohamad Farah, on behalf of himself and all other similarly situated v. LogistiCare Solutions, LLC* Case No. 4:20-cv-00578-RK in the District Court for the Western District of Missouri.

### CONSENT TO JOIN

My name is **MATTHEW T NGALLA** (print name). I was an In Network Transportation Provider for LOGISTICARE SOLUTIONS, LLC, from on or about **MAY 2018** (month, year) to on or about _____ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest LOGISTICARE SOLUTIONS, LLC'S alleged failure to pay me wages as required under federal law. I also authorize the filing of this consent in the event it needs to be refiled for procedural purposes. I specifically authorize the named Plaintiff, along with counsel of record for the named Plaintiff to prosecute this lawsuit on my behalf and to negotiate a settlement of the claims asserted in this case. I hereby consent, agree and opt-in to become a party plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

Please print or type the following information:

| Full Name (Print clearly) | Signature | Date |
|---|---|---|
| MATTHEW T NGALLA | /s/ | 12/24/2021 |

| Address | City/State/Zip | |
|---|---|---|
| 3 Lynchester Dr. | Fredericksburg/VA/22406 | |

| Telephone Number | Email Address | |
|---|---|---|
| 571 437 4486 | Wantaah@gmail.com | |

You must submit this form no later than January 3, 2022, to:

LogistiCare Wage and Hour Litigation
P.O. Box 26170
Santa Ana, CA 92799

Or, you may submit this form online by going to: transportationproviderlawsuit.com on or before January 3, 2022.