```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE WESTERN DISTRICT OF MISSOURI

MOHAMED FARAH, individually and
on behalf of similarly situated
persons,

              Plaintiffs,          No.
                                   4:20-cv-00578-RK
vs.

LOGISTICARE SOLUTIONS, LLC,

              Defendant.


              REPORTER'S COST CERTIFICATE
           FOR DEPOSITION OF MOHAMED FARAH
              Taken on February 22nd, 2022

Original transcript taken on behalf of the Defendant
is in the custody of:

     Mr. Justin M. Dean
     Ogletree, Deakins, Nash, Smoak & Stewart, PC
     4520 Main Street
     Suite 400
     Kansas City, Missouri  64111



COSTS INCURRED:

$ 616.80  ATTORNEY FOR PLAINTIFFS

$ 1418.80 ATTORNEY FOR DEFENDANT
```

Kelsey R. Schmalz
Kelsey Robbins Schmalz
CSR No. 1571, CCR No. 1148, RPR

[Seal: KELSEY R. SCHMALZ, STATE OF KANSAS CSR No. 1571, STATE OF MISSOURI CCR No. 1148, CERTIFIED COURT REPORTER]

MCR — METROPOLITAN COURT REPORTING & LEGAL VIDEO
11880 COLLEGE BOULEVARD, SUITE 405
OVERLAND PARK, KANSAS 66210
1.800.745.1101 · 913.383.1131 · FAX 913.383.1155

Case 4:20-cv-00578-RK   Document 153   Filed 03/25/22   Page 1 of 1