**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| MOHAMAD FARAH, individually and on behalf of similarly situated persons, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:20-cv-00578-RK |
| LOGISTICARE SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) ) |

## JOINT MOTION TO AMEND PROTECTIVE ORDER

Plaintiff Mohamad Farah, individually and on behalf of similarly situated persons, and Defendant ModivCare Solutions, LLC, f/k/a LogistiCare Solutions, LLC ("Defendant"), jointly move this Court to amend their Protective Order (Doc. 85) governing this lawsuit. In support of their Joint Motion to Amend Protective Order, the Parties state as follows:

1. The Parties' Agreed Protective Order (Doc. 85) was entered on March 25, 2021.

2. Defendant anticipates producing certain documents related to the Opt-in Plaintiffs in this matter that contain non-public confidential information, the disclosure of which to Plaintiff or other Opt-in Plaintiffs may violate the privacy of the Opt-in Plaintiffs or third parties who have not authorized public disclosure.

3. As a result, the Parties wish to amend the existing Protective Order to add a category of protected, confidential information designated as Limited Disclosure Confidential Information, as defined in Section 2 of their proposed Agreed Amended Protective Order submitted herewith.

4. The parties have conferred and approve the form of the Agreed Amended Protective Order submitted to the Court.

WHEREFORE, the Parties respectfully request this Court grant their motion to amend the current Agreed Protective Order and enter their proposed Agreed Amended Protective Order to govern this case.

| | |
|---|---|
| /s/ Kevin C. Koc | |
| Kevin C. Koc | Jack McInnes    MO #56904 |
| THE MEYERS LAW FIRM | Ben Ashworth    MO #67933 |
| 503 One Main Plaza | Austin Jaspers    MO #72642 |
| 4435 Main Street | MCINNES LAW LLC |
| Kansas City, MO 64111 | 1900 W. 75th St., Suite 220 |
| 816.444.8500 | Prairie Village, KS 66208 |
| kkoc@meyerslaw.com | 913.220.2488 |
| | 913.273.1671 (*Facsimile*) |
| Patrick G. Reavey    MO #47365 | jack@mcinnes-law.com |
| REAVEY LAW LLC | ben@mcinnes-law.com |
| Livestock Exchange Building | austin@mcinnes-law.com |
| 1600 Genessee, Suite 303 | |
| Kansas City, MO 64102 | |
| 816.474.6300 | |
| 816.474.6302 (*Facsimile*) | |
| preavey@reaveylaw.com | |

**ATTORNEYS FOR PLAINTIFF**


/s/ Justin M. Dean
Justin M. Dean    MO #48647
Darin P. Shreves    MO #64153
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
816.471.1301
816.471.1303 (*Facsimile*)
justin.dean@ogletree.com
darin.shreves@ogletree.com

**ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 4th day of April 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Kevin C. Koc<br>THE MEYERS LAW FIRM<br>503 One Main Plaza<br>4435 Main Street<br>Kansas City, MO 64111<br>816.444.8500<br>kkoc@meyerslaw.com | Jack McInnes    MO #56904<br>Ben Ashworth   MO #67933<br>Austin Jaspers   MO #72642<br>MCINNES LAW LLC<br>1900 W. 75th St., Suite 220<br>Prairie Village, KS 66208<br>913.220.2488<br>913.273.1671 (Facsimile)<br>jack@mcinnes-law.com<br>ben@mcinnes-law.com<br>austin@mcinnes-law.com |
| Patrick G. Reavey   MO #47365<br>REAVEY LAW LLC<br>Livestock Exchange Building<br>1600 Genessee, Suite 303<br>Kansas City, MO 64102<br>816.474.6300<br>816.474.6302 (*Facsimile*)<br>preavey@reaveylaw.com | |

**ATTORNEYS FOR PLAINTIFFS**

/s/ Justin M. Dean
**ATTORNEY FOR DEFENDANT**